IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOCHA KAPANADZE, | : |
|         Petitioner, | : |
| v. | :   Case No. 2:26-cv-00260 |
| MICHAEL ROSE, *et al.*, | : |
|         Respondents. | : |

**STIPULATION AND ORDER**

Petitioner and respondents, through counsel, stipulate as follows:

1. Petitioner is a non-citizen who was detained by immigration authorities and filed this action for a writ of habeas corpus on January 15, 2026. ECF No. 1.

2. On January 28, 2026, the Court granted the Petition and ordered Petitioner immediately released. ECF No. 8 ¶ 1. Petitioner was thereafter released. ECF No. 9.

3. The Court additionally ordered Respondents to submit by February 11, 2026 a brief explaining their position regarding Petitioner's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). ECF No. 8 ¶ 3. The Court further provided for a reply to be filed by Petitioner. *Id*.

4. Petitioner now withdraws his request for attorneys' fees under the EAJA.

5. The parties agree that Petitioner's withdrawal of his request for attorneys' fees obviates the need for briefing regarding attorneys' fees; therefore, Respondents should not be required to submit a brief explaining their position regarding attorneys' fees.

So stipulated:

                                                               DAVID METCALF
                                                               United States Attorney

| _s/ Christopher M. Casazza_ | _/s Rebecca S. Melley_ |
|---|---|
| CHRISTOPHER M. CASAZZA | REBECCA S. MELLEY |
| Palladino, Isbell & Casazza, LLC | Assistant United States Attorney |
| 1528 Walnut St, Suite 1701 | Eastern District of Pennsylvania |
| Philadelphia, PA 19102 | 615 Chestnut Street, Suite 1250 |
| Phone: (215) 576-9000 | Philadelphia, PA 19106 |
| Email: chris@piclaw.com | Phone: (215) 861-8328 |
| | Email: Rebecca.Melley@usdoj.gov |
| *Counsel for Petitioner* | *Counsel for Respondents* |

Dated: _1/19/26_

SO ORDERED:

_____
KAI N. SCOTT
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that this stipulation and proposed order, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: February 3, 2026              s/ Rebecca S. Melley
                                     REBECCA S. MELLEY
                                     Assistant United States Attorney